Judgment of sentence affirmed; jurisdiction relinquished.

Chief Justice CASTILLE, Justice SAYLOR and BAER, Justice TODD, and Justice McCAFFERY and STEVENS join the opinion.

**DENTAL BENEFIT PROVIDERS, INC. and UnitedHealthcare of Pennsylvania, Inc. d/b/a UnitedHealthcare Community Plan and HealthAmerica Pennsylvania, Inc., d/b/a Coventry-Cares, Respondents,**

**v.**

**James EISEMAN, Jr. and the Public Interest Law Center of Philadelphia, Petitioners.**

**Aetna Better Health Inc., Health Partners of Philadelphia, Inc., Keystone Mercy Health Plan, and DentaQuest, LLC, Respondents,**

**v.**

**James Eiseman, Jr., and the Public Interest Law Center of Philadelphia, Petitioners.**

**Department of Public Welfare, Respondent,**

**v.**

**James Eiseman, Jr. and the Public Interest Law Center of Philadelphia, Petitioners.**

Supreme Court of Pennsylvania.

Oct. 23, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of October, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

> Whether records showing the rates dental providers receive for treating Medicaid enrollees are "public records" subject to disclosure under the Right–to–Know Law when DPW's contracts with

[MCO]s mandate that it have possession of or "ready access" to such records, and when such records directly relate to the governmental function of providing dental care to Medicaid enrollees[.]

The Prothonotary shall establish parallel briefing tracks for this case and *Department of Public Welfare v. Eiseman,* No. 129–31 EAL 2014, and the two cases, though not consolidated, shall be listed for argument at the same Court session.